PEOPLE, respt., v. Raymond CAREY, applt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss

appeal granted, unless appellant file and serve printed papers on appeal and printed briefs on appeal by September 1, 1916.

PEOPLE, respt., v. Robert CASSIDY, applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment of conviction affirmed. All concur.

PEOPLE, on complaint of Adele E. Preiss, Respt., v. Christen P. CHRISTENSEN, Applt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed. No opinion. Order filed.